# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BOBBY MERRYMAN                                                                      PLAINTIFF

V.                              NO. 1:13CV00027 JTR

CAROLYN W. COLVIN,                                                                  DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 30th DAY OF December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE